Date: 06/02/10

**DIVIDENDS REMITTED TO THE COURT**

Check Number 107 Dated 06/02/10

Case Number 07-30297 - JUREK, RYAN DANIEL

Page: 1

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| NST<br>3451 West Burnsville Parkway<br>Suite 114<br>Burnsville MN 55337<br>   FINAL DISTRIBUTION | 000004 | 3,147.27 | 1.21 |
| Appliance Service & Sales Ctr<br>13122 Johnson Memorial Drive<br>Shakopee MN 55379<br>   FINAL DISTRIBUTION | 000005 | 1,225.73 | 0.47 |
| Brokhauser, Pam and Ron<br>8211 157th Street<br>Anoka MN 55303<br>   FINAL DISTRIBUTION | 000012 | 3,000.00 | 1.15 |
| FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br>   FINAL DISTRIBUTION<br>   6742 | 000016 | 2,332.85 | 0.89 |
| FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br>   FINAL DISTRIBUTION<br>   3162 | 000017 | 2,732.25 | 1.05 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba The GAP<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>   FINAL DISTRIBUTION<br>   5441 | 000019 | 335.67 | 0.12 |
| Remittance Total | | 12,773.77 | 4.89 |

John A. Hedback, Trustee

RECEIVED 10 JUN -3 AM 9:44 US BANKRUPTCY COURT ST PAUL MN

Printed: 06/02/10 11:26 AM    Ver: 15.09

COURT1